**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JUDY MORRELL and** | ) |
| **BERTHA ZAMORA,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | )    **CIVIL ACTION NO. 12-0634-CG-N** |
| | ) |
| **THOMAS DAVID LUNCEFORED,** | ) |
| **JR.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 23, 2013 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is hereby **DISMISSED, with prejudice** prior to service, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted because, <u>inter alia</u>, all claims are barred by the applicable statutes of limitation, and that plaintiffs' miscellaneous motions to proceed (Docs. 15 and 16) are hereby **DENIED**.

      **DONE and ORDERED** this 14th day of November, 2013.

                      /s/ Callie V. S. Granade
                      UNITED STATES DISTRICT JUDGE