IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JUDY MORRELL and BERTHA ZAMORA,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 12-0634-CG-N ) |
| **THOMAS DAVID LUNCEFORED, JR.,** | ) ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Order entered this day, it is **ORDERED, ADJUDGED** and **DECREED** that this action is hereby **DISMISSED, with prejudice** prior to service, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted because, <u>inter alia</u>, all claims are barred by the applicable statutes of limitation.

**DONE and ORDERED** this 14th day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE